# The Supreme Court of the State of Louisiana

**IN RE:  N. SUNDIATA HALEY**

No. 2024-B-00568

------

IN RE: N. Sundiata Haley - Applicant Other; Office of Disciplinary Counsel - Applicant Other; Joint Petition for Consent Discipline;

------

**June 19, 2024**

Joint petition for consent discipline accepted. See per curiam.

       WJC
       JLW
       JDH
       SJC
       JTG
       JBM
       PDG

Supreme Court of Louisiana
June 19, 2024

*Katie Marjanovic*
_____
Chief Deputy Clerk of Court
For the Court

SUPREME COURT OF LOUISIANA

June 19, 2024

NO. 2024-B-0568

IN RE: N. SUNDIATA HALEY

ATTORNEY DISCIPLINARY PROCEEDING

PER CURIAM

 The Office of Disciplinary Counsel ("ODC") commenced an investigation into allegations that respondent was a litigant in a domestic matter when he encountered the attorney for his spouse in a court hallway and walked into her, causing her emotional upset but no physical injuries.  Prior to the filing of formal charges, respondent and the ODC submitted a joint petition for consent discipline, in which the parties stipulated that respondent violated Rules 8.4(a), 8.4(b), and 8.4(d) of the Rules of Professional Conduct.  Having reviewed the petition,

 IT IS ORDERED that the Petition for Consent Discipline be accepted and that N. Sundiata Haley, Louisiana Bar Roll number 26317, be publicly reprimanded.

 IT IS FURTHER ORDERED that all costs and expenses in the matter are assessed against respondent in accordance with Supreme Court Rule XIX, § 10.1, with legal interest to commence thirty days from the date of finality of this court's judgment until paid.



# Supreme Court
STATE OF LOUISIANA
New Orleans

CHIEF JUSTICE
  JOHN L. WEIMER    Sixth District
JUSTICES
  WILLIAM J. CRAIN    First District
  SCOTT J. CRICHTON    Second District
  JAMES T. GENOVESE    Third District
  JAY B. MCCALLUM    Fourth District
  JEFFERSON HUGHES    Fifth District
  PIPER D. GRIFFIN    Seventh District

VERONICA O. KOCLANES
CLERK OF COURT

400 Royal St., Suite 4200
NEW ORLEANS, LA 70130-8102

TELEPHONE (504) 310-2300
HOME PAGE http://www.lasc.org

June 24, 2024

Hon. Scott S. Harris
Clerk, U.S. Supreme Court
Office of the Clerk
1 First Street, NE
Washington, D.C. 20543

                Re:    *In Re: N. Sundiata Haley*
                       Louisiana Bar Roll no. 26317
                       La. Supreme Court docket no. 2024-B-00568

Dear Mr. Harris:

Enclosed please find a copy of the decision rendered by this Court in the above-entitled matter, which is self-explanatory. The case became final in this Court on **June 19, 2024.**

With kindest regards, I remain,

                                      Very truly yours,

                                       Veronica O. Koclanes
                                       Clerk of Court

                By:    Theresa McCarthy
                         Deputy Clerk

TM:pal
Enclosure
ccs:   Hon. Lyle W. Cayce, Clerk,
       U.S. Court of Appeals, Fifth Circuit
       Carol Michel, Clerk, USDC, Eastern District
       Hon. Michael McConnell, Clerk, USDC, Middle District
       Hon. Tony R. Moore, USDC, Western Dist.
       Anderson O. Dotson, III, Disc. Counsel
       Michelle LaRose, Director of Finance, LSBA
       Donna Roberts, Administrator, Disciplinary Board
       U.S. Surface Transportation Board
       Regional Director, IRS
       Sandra Vujnovich, Judicial Administrator
       Tina Waddell, Off. of General Counsel, Social Security Administration
       Cynthia Cotton, Notarial Division, Secretary of State Office
       Sheral Kellar, Asst. Secretary, Off. of Wrkrs. Comp. Admin.

Hon. Rodd Naquin
Clerk, 1st Circuit Ct. Of Appeal
Hon. Robin Norman Jones
Clerk, 2nd Circuit Ct. Of Appeal
Hon. Renee Simien
Clerk, 3rd Circuit Ct. Of Appeal
Hon. Justin I. Woods
Clerk, 4th Circuit Ct. Of Appeal
Hon. Curtis Pursell
Clerk, 5th Circuit Ct. Of Appeal