**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | **DISCIPLINARY** |
| | § | |
| **N. SUNDIATA HALEY** | § | **NO. 24-1778** |
| **ATTORNEY-RESPONDENT** | § | |
| **LA. BAR ROLL NO. 26317.** | § | |

_____

### N. SUNDIATA HALEY'S WRITTEN RESPONSE
### TO THE NOTICE OF THE DISTRICT COURT
### REGARDING THE POTENTIAL IMPOSITION OF DISCIPLINE
_____

COMES NOW respondent N. Sundiata Haley, through undersigned counsel Herbert V. Larson, Jr., who respectfully files the following response to the Complaint filed in this disciplinary proceeding.

1. Respondent N. Sundiata Haley admits that on June 19, 2024, the Louisiana Supreme Court acted on a joint petition for consent discipline filed by N. Sundiata Haley and the Louisiana Office of Disciplinary Counsel, and imposed a public reprimand upon him.

2. This public reprimand resulted from an investigation conducted by the Office of Disciplinary counsel which determined that "respondent was a litigant in a domestic matter when he encountered the attorney for his spouse in a court hallway and walked into her, causing her emotional upset but no physical injuries."

3. The Louisiana Supreme Court's judgment was consistent with the consent agreement reached between respondent and the Office of Disciplinary Counsel that a public reprimand was the appropriate discipline under the circumstances.

4. In accordance with Supreme Court Rule XIX, § 10.1, the Supreme Court further

ordered that all costs and expenses in the proceeding be assessed against respondent N. Sundiata Haley, which have been paid.

5. Pursuant to Rule 6 of the Rules for Lawyer Disciplinary Enforcement for the Eastern District of Louisiana, Respondent N. Sundiata Haley respectfully submits that the imposition of an identical discipline by this Court is appropriate, and requests that this matter be resolved through the imposition of that discipline by means of summary proceedings. Respondent would accept the imposition of that proposed summary discipline.

Wherefore, respondent prays that this written response be deemed sufficient, and that this matter be resolved through summary discipline in the form of a public reprimand.

New Orleans, Louisiana, this 22nd day of August, 2024.

Respectfully submitted,

*/s/Herbert V. Larson, Jr.*
Herbert V. Larson, Jr., Louisiana Bar No. 8052
LARSON & MITCHELL,
ATTORNEYS AT LAW
700 Camp Street
New Orleans, Louisiana 70130
(504) 528-9500
hvl@landmlaw.com

**CERTIFICATE OF SERVICE**

This certifies that I electronically filed the foregoing Motion with the Clerk of Court,

Date: August 24. 2024.

_/s/Herbert V. Larson, Jr._____
HERBERT V. LARSON, JR.