IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | § | DISCIPLINARY |
| | § | |
| N. SUNDIATA HALEY | § | NO. 24-1778 |
| ATTORNEY-RESPONDENT | § | |
| LA. BAR ROLL NO. 26317. | § | |

### N. SUNDIATA HALEY'S RESPONSE
### TO THE OCTOBER 8, 2024 ORDER OF THE COURT
### REQUIRING HIM TO SHOW CAUSE
### REGARDING THE IMPOSITION OF DISCIPLINE

COMES NOW respondent N. Sundiata Haley, through undersigned counsel Herbert V. Larson, Jr., who respectfully files the following response to the Court's Order of October 8, 2024, which stated:

> IT IS ORDERED that Attorney-Respondent N. Sundiata Haley, Louisiana Bar Roll Number 26317, show cause within 14 days why the summary discipline of public reprimand, to be imposed retroactively to the effective date of the reprimand imposed by the Louisiana State Supreme Court, should not be imposed.

In response to this order, Attorney-Respondent respectfully states that he has no objection to, and hereby consents to the imposition of the discipline proposed by the Court.

New Orleans, Louisiana, this 11th day of October, 2024.

                                                  Respectfully submitted,

                                                  */s/Herbert V. Larson, Jr.*
                                                  Herbert V. Larson, Jr., Louisiana Bar No. 8052
                                                  LARSON & MITCHELL,
                                                  ATTORNEYS AT LAW
                                                  700 Camp Street
                                                  New Orleans, Louisiana  70130
                                                  (504) 528-9500
                                                  hvl@landmlaw.com

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing Motion with the Clerk of Court,

Date: October 11, 2024.

                                             */s/Herbert V. Larson, Jr.*
                                             HERBERT V. LARSON, JR.